FILED

APR 1 7 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | 1:08-mj-00080 SMS |
| Angel GARCIA-Vasquez<br>Yolando CRUZ-Antonio<br>Alfredo ALMARAZ-Martinez<br>Galdino RAMIREZ-Ramirez<br>Mateo LOPEZ-Reyes<br>Filimon JUAN-Espinosa, | ORDER OF RELEASE |
| Material Witnesses | |

ORDER

IT IS HEREBY ORDERED that the witnesses in the above-entitled matter be released from custody. Upon agreement of the parties in United States v. Santiago Vasquez-Sanchez, 1:08-CR-00114 AWI, the witnesses are no longer needed in light of defendant Vasquez-Sanchez entering a guilty plea today, April 17, 2008.

Dated: April 17, 2008

Honorable Anthony W. Ishii
U.S. District Judge

1